# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TONY JACKSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 5:07-cv-136 (HL) |
| Sergeant STEVENS, Warden MEADOWS, Inmate HARVEY, GEORGIA DEPARTMENT OF CORRECTIONS, and JAMES E. DONALD, | : |
| Defendants. | : |

## ORDER

The Order and Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered April 18, 2007 (Doc. 5), and the Order and Recommendation entered May 1, 2007 (Doc. 9), are before the Court. Plaintiff has not filed written objections to the Recommendations, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given due consideration to the Recommendations, hereby accepts the same. The Georgia Department of Corrections is dismissed as a party to this lawsuit and all claims as to it are also dismissed; Inmate Harvey is dismissed as a party to this lawsuit and all claims as to him are dismissed; the claim against Warden Meadows related to his failure to press criminal charges against Inmate Harvey is dismissed; and James E. Donald is dismissed as a party to this lawsuit and all claims as to him are dismissed.

**SO ORDERED**, this the 29th day of May, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls