IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TONY JACKSON,

    Plaintiff,

v.                           Civil Action No. 5:07-cv-136 (HL)

**SERGEANT STEVENS and WARDEN MEADOWS,**

    Defendants.

**ORDER**

This matter is before the Court on the Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered August 23, 2007 (Doc. 21). The Magistrate Judge recommends that the Motion to Dismiss of Defendant Warden Tydus Meadows (Doc. 13) be denied. Plaintiff, Tony Jackson, has responded to the Magistrate Judge's Recommendation by filing, on September 4, 2007, his own Recommendation (Doc. 22), in which he reasserts that he has exhausted his administrative remedies and asks that his case be permitted to move forward. On the same date, Defendant Meadows filed an Affidavit (Doc. 23), which is a signed version of an unsigned Affidavit previously filed in support of the Motion to Dismiss. No objections to the Recommendation have been filed, however, as permitted by 28 U.S.C. § 636(b)(1). In the absence of objections, this Court need only review for clear error. Finding no clear error, the Court accepts the Recommendation; the Motion to Dismiss is denied.

**SO ORDERED**, this the 17th day of December, 2007.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls