IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TONY JACKSON,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 5:07-CV-136 (HL) |
| **BRENDA STEVENS,** | : |
| Defendant. | : |

_____

**ORDER**

This matter is before the Court on a Motion for Reconsideration (Doc. 103) filed by Plaintiff, Tony Jackson. Plaintiff requests that the Court reconsider an order (Doc. 99) entered on January 15, 2010 by United States Magistrate Judge Claude W. Hicks in which the Magistrate Judge denied Plaintiff's previously filed motion to proceed.

In both of Plaintiff's motions, he basically states that he is ready for trial and that he should be allowed to proceed with his case, particularly in light of the Magistrate Judge's recent recommendation that the motion for summary judgment filed by Defendant, Brenda Stevens, be denied.

The Court first notes that a final ruling on Defendant's motion for summary judgment has not been made. Defendant has the opportunity to object to the recommendation, and once the objection period has passed, this Court will review the motion, recommendation, and any objection made. Until that process is

completed, the case cannot move forward.  Second, it is unnecessary for Plaintiff to file a motion to proceed with his case.  The Court is aware of the cases on its calendar, and if appropriate, Plaintiff's case will be tried in a timely fashion.

Accordingly, Plaintiff's Motion for Reconsideration (Doc. 103) is denied.

**SO ORDERED**, this the 27th day of January, 2010.

*s/ Hugh Lawson*

**HUGH LAWSON, SENIOR JUDGE**

mbh